

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2018

No. 04-18-00857-CV

**IN RE BABY VIDAL**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00239
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The court reporter's request for more time to file the reporter's record is granted. We order the court reporter, Tracy Plummer, to file the reporter's record by December 18, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court